IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN OPERATIONAL SERVICES, LLC | : | CIVIL ACTION |
| v. | : | |
| THIRD PILLAR SYSTEMS, LLC | : | NO. 09-2439 |

## ORDER

AND NOW, this 28th day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the issue of reasonable royalties under the California Uniform Trade Secrets Act, Cal. Civ. Code § 3426, will be submitted to the jury pursuant to the Seventh Amendment of the United States Constitution.

BY THE COURT:

/s/ Harvey Bartle III
C.J.