IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL DUCHESNEAU, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 08-4856 |
| v. | : | |
| CORNELL UNIVERSITY, *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 31st day of July, 2012, it is hereby ORDERED that:

1. Defendant Tumbl Trak's Motion for Partial Summary Judgment (Docket No. 169) is DENIED.

2. Cornell University's Motion for Summary Judgment (Docket No. 171) is DENIED.

3. Cornell University's Motion for Partial Summary Judgment on Punitive Damages (Docket No. 172) is DENIED.

4. The Case Management Order dated April 20, 2012 remains in force.

In addition, this Court has briefly reviewed the initial pre-trial filings in this matter and noticed that they do not conform with the Chambers Policies and Procedures, available at www.paed.uscourts.gov.  The rules contained therein are not optional, and are to be followed to the letter.  No party has ever represented to this Court that they cannot work with their colleagues to fulfill their responsibilities under these procedures.  Here, it appears the parties have, at least, failed to properly prepare their joint proposed jury instructions and joint proposed voir dire.  Instead, three different versions of each document were separately filed by

three different parties – a situation that the Chambers Policies obviously sought to preclude. The parties are specifically directed to review the Chambers Policies and Procedures, Civil Cases, Subsection E, which provide two pages of instructions as to the proper preparation and presentation of these and other pre-trial submissions.[1]  It is ORDERED that the parties promptly withdraw any non-conforming filings and submit appropriately-prepared ones by <u>August 31, 2012</u>.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,  U.S.D.J.

---

[1] Parties are expected to be familiar with all Policies and Procedures by the time of the final pre-trial conference, especially the items concerning exhibits, courtroom operation, and attorney conduct during a trial.