IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL DUCHESNEAU, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 08-4856 |
| | : | |
| v. | : | |
| | : | |
| CORNELL UNIVERSITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this **19th** day of February 2013, upon consideration of Plaintiff Randall Duchesneau's Motion for a New Trial ("Motion") (Dkt. No. 486), Defendant Cornell University's Response to Plaintiff's Motion for a New Trial (Dkt. No. 488), Plaintiff's Reply thereto (Dkt. No 494), and Defendant's Supplemental Memorandum of Law (Dkt. No 497), it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

_____
C. DARNELL JONES, II   J.