IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL DUCHESNEAU, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 08-4856 |
| v. | : | |
| | : | |
| CORNELL UNIVERSITY, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 11th day of February, 2015, upon consideration of the Report and Recommendation of the Honorable Lynne Sitarski, United States Magistrate Judge, dated January 20, 2015, (Dkt No. 515), and the filing of no objections by either party in accordance with Local Civil Rule 72.1 IV (b), it is hereby ORDERED that the Report and Recommendation is ADOPTED. Plaintiff's Motion, (Dkt No. 510), is hereby GRANTED IN PART AND DENIED IN PART and Defendant's Cross-Motion, (Dkt No. 511), is GRANTED in accordance with the Report and Recommendation.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. DARNELL JONES II,    J.